UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THEOLPHUS STREET,<br><br>  Plaintiff,<br><br>  v.<br><br>KIMBERLY BUTLER, RICK HARRINGTON and ALEX JONES,<br><br>  Defendants. | No. 14-cv-706-JPG-PMF |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 27) of Magistrate Judge Philip M. Frazier recommending that the Court dismiss this case without prejudice for failure to timely pay the full initial partial filing fee of $57.83. In an August 6, 2015, order, the Court extended the deadline for Street to pay the remaining $49.31 he still owed. Street has since submitted that amount; his initial partial filing fee is now paid. Accordingly, the Court **REJECTS** the Report (Doc. 27) and **DENIES as moot** Street's "Motion to Inform" the Court he had taken steps to pay the initial partial filing fee in full (Doc. 31).

**IT IS SO ORDERED.**
**DATED:  September 24, 2015**

                              s/ J. Phil Gilbert
                              **J. PHIL GILBERT**
                              **DISTRICT JUDGE**